In the Matter of the Probate of the Paper Propounded as the Last Will and Testament of EMMA B. JOHNSON, Deceased. NORMA DARE OWEN and GEORGE

R. Dare, Appellants; Norman W. Roe, as Executor Named in the Last Will and Testament of Emma B. Johnson, Deceased, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.